

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed May 20, 2022**

_____
**United States Bankruptcy Judge**
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| James Varga, | § | CASE NO:   21-41656-ELM-7 |
| | § | |
| **Defendant** | § | |
| | § | |
| William T. Neary, United States | § | |
| Trustee for Region 6, | § | |
| | § | |
| **Plaintiff** | § | Adv. Proc. No. 21-4083-ELM |
| v. | § | |
| | § | |
| James Varga, | § | |
| | § | |
| **Defendant.** | | |

**Agreed Order Setting Trial Docket Call Date and Setting Deadlines**

This cause came before the Court on the United States Trustee's *Agreed Motion to Set Trial Docket Call Date and Set Deadlines*. It appears that the parties have agreed to set the trial docket call for January 3, 2023 at 1:30 pm and to set deadlines. Accordingly, it is

ORDERED that the Motion be GRANTED.

It is FURTHER ORDERED that the trial docket call in this adversary case be CONTINUED until **January 3, 2023 at 1:30 pm,** at which time the Court consider the date on which trial will be set.

It is FURTHER ORDERED that deadlines for the following are extended as follows:

a. The parties shall exchange the names and addresses of any experts no later than **November 4, 2022**;

b. Discovery shall be completed by **November 21, 2022**;

c. All dispositive motions, if any, must be filed no later than **November** and heard no later than **November 21, 2022**;

d. Except for impeachment documents, all exhibits, along with a list of witnesses to be called, shall be exchanged with opposing counsel (or pro se party) no later than **December 20, 2022**;

e. A joint pretrial order shall be filed, served, and uploaded by **December 27, 2022**;

f. Written proposed findings of fact and conclusions of law shall be filed by **December 27, 2022**; and

g. Trial briefs, if any, shall be filed addressing contested issues of law by **December 27, 2022**.

It is FURTHER ORDERED that the relief granted in this Order is without prejudice to the parties seeking a further extension of deadlines upon a showing of cause.

### End of Order ###

Agreed to in form and substance:

For the United States Trustee:

*/s/ Erin Marie Schmidt*
Erin Marie Schmidt

For James Varga, III:

*/s/ Clayton Everett (with permission by EMS)*
Clayton Everett

Proposed form of order prepared by:

Erin Marie Schmidt
Texas State Bar No. 24033042
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas 75242
(214) 767-1075
Erin.Schmidt2@usdoj.gov