Clayton L. Everett, Texas State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Phone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Defendant

## United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re: | Case No. 21-41656-elm |
| James Varga | Chapter 7 |
| Debtor, | |
| William T. Neary | |
| Plaintiff(s) | Adversary No. 21-04083 |
| v. | |
| James Varga III | |
| Defendant. | |

### NOTICE OF APPEARANCE AND DEMAND FOR PAPERS

PLEASE TAKE NOTICE that the law firm of Norred Law, PLLC., through its undersigned member, Clayton L. Everett, files this Notice of Appearance as counsel for defendant, James Varga, and respectfully requests that all notices given or required to be given and all papers served or required to be served in these proceedings, be served upon the undersigned at the contact information below:

**NORRED LAW, PLLC**
Clayton L. Everett
515 E. Border St.
Arlington, Texas 76010
Email: clayton@norredlaw.com
Telephone: (817) 704-3984

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Demand for Papers is without prejudice to James Varga's rights, remedies, claims, actions, defenses, in law or equity, against the Plaintiff(s) or any other entities in this case, and any objection which may be made to the jurisdiction of the Court is expressly reserved and jurisdiction of the Court shall not be deemed or construed by this notice.

Respectfully submitted:

By: __/s/ Clayton L. Everett____
      Clayton L. Everett
State Bar No. 24065212
clayton@norredlaw.com
NORRED LAW, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have this June 8, 2022 served a true and correct copy of the above notice via ECF upon all parties receiving notice through the ECF system.

*/s/ Clayton L. Everett*