United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242
(214) 767-1075

Erin Marie Schmidt,
for the United States Trustee

| | | |
|---|---|---|
| IN RE: | § § § | |
| **James Varga,** | § § § | CASE NO: 21-41656-ELM-7 |
| **Defendant** | § § | |
| **William T. Neary, United States Trustee for Region 6,** | § § § § | |
| **Plaintiff** | § § | |
| v. | § § § | Adv. Proc. No. 21-04083 |
| **James Varga,** | § § § | |
| **Defendant.** | § § | |

# PLAINTIFF'S WITNESS AND EXHIBIT LIST

TO THE HONORABLE EDWARD LEE MORRIS, U.S. BANKRUPTCY JUDGE:

William T. Neary, the United States Trustee for Region 6 ("United States Trustee") files his witness and exhibit list in connection with his *Complaint Objecting to Discharge*.

## Witnesses

1. James Varga
2. Any other witnesses called by Defendant.

**Exhibits**

| UST Trial Exhibit | Description | Admitted |
|---|---|---|
| UST-1 | Bankruptcy Petition filed July 13, 2021 [21-41656-elm-7, docket no. 1] | |
| UST-2 | Motion to Extend Time to File Schedules filed July 27, 2021 [docket no. 11[1]] | |
| UST-3 | *Order Granting Motion to Extend Time to File Schedules, Statement of Current Income, Statement of Financial Affairs, Employee Income Records and Other Required Documents* entered July 28, 2021 [docket no. 12] | |
| UST-4 | Official Form 106Dec Declaration About an Individual Debtor's Schedules filed August 4, 2021 [docket no. 15] | |
| UST-5 | Official Form 122A-1 Chapter 7 Statement of Your Current Monthly Income filed August 4, 2021 [docket no. 16] | |
| UST-6 | Schedules A/B through J filed August 4, 2021 [docket no. 17] | |
| UST-7 | Statement of Financial Affairs filed August 4, 2021 [docket no. 18] | |
| UST-8 | Statement of Intention for Individuals Filing under Chapter 7 filed August 4, 2021 [docket no. 19] | |
| UST-9 | Summary of Your Assets and Liabilities and Certain Statistical Information filed August 4, 2021 [docket no. 20] | |
| UST-10 | *Agreed Motion for a Rule 2004 Examination of James Varga* filed September 24, 2021 [docket no. 26] | |
| UST-11 | *Agreed Order on motion for a Rule 2004 Examination of James Varga* entered September 27, 2021 [docket no. 27] | |
| UST-12 | November 5, 2021, Rule 2004 Examination Transcript[2] | |
| UST-13 | First Amended Statement of Financial Affairs filed November 2, 2021 [docket no. 29] | |
| UST-14 | First Amended Statement of Intention for Individuals Filing Under Chapter 7 filed November 2, 2021 [docket no. 30] | |
| UST-15 | *Complaint to Determine Dischargeability of Debt* filed November 22, 2021 in *Frosto v. Varga (In re Varga),* A/P [docket no. 35[3]] | |
| UST-16 | *Order Granting Motion for Extension of Time to Object to Discharge* entered November 24, 2021 [docket no. 36] | |
| UST-17 | September 21, 2021, § 341 meeting of creditors recording (business records affidavit and transcript to be provided) | |
| UST-18 | October 11, 2021, § 341 meeting of creditors recording (business records affidavit and transcript to be provided) | |

---

[1] Unless otherwise noted, all docket number entries refer to ECF entries in case no. 21-41656-elm-7.
[2] Rule 2004 exam exhibits are not attached to the transcript here but instead are separately designated on this list. Any Rule 2004 exhibit numbers shall be cross-referenced on this list.
[3] Docketed at no. 35 in case no. 21-41656.

| UST Trial Exhibit | Description | Admitted |
|---|---|---|
| UST-19 | November 17, 2021, § 341 meeting of creditors recording (business records affidavit and transcript to be provided) | |
| UST-20 | United State Trustee's *Complaint Objecting to Discharge* filed December 21, 2021 [AP 21-4083, docket no. 1] | |
| UST-21 | *Defendant's General Denial* filed January 19, 2022 [AP 21-4083, docket no. 5] | |
| UST-22 | *Defendant's Amended Answer* filed January 19, 2023 [AP 21-4083, docket no. 15] | |
| UST-23 | Rule 2004 Exhibit 8 – 2020 Varga Individual Tax Return | |
| UST-24 | Rule 2004 Exhibit 15 – PWB, LLC P&L Statement January 2017 through March 2021 | |
| UST-25 | Rule 2004 Exhibit 16 - PWB Property Group P&L Statement January 20217 through December 20, 2020 | |
| UST-26 | Rule 2004 Exhibit 18- PWB, LLC Executive Summary | |
| UST-27 | Rule 2004 Exhibit 19 - PWB – What does it mean to be a joint partner? | |
| UST-28 | Rule 2004 Exhibit 21- December 9, 2019 "Investor Update" | |
| UST-29 | Rule 2004 Exhibit 22 - February 1, 2020 PWB Companies GAP Loan Request | |
| UST-30 | Rule 2004 Exhibit 31 - Varga Personal Prosperity Bank 7373 | |
| UST-31 | Rule 2004 Exhibit 32 - Varga Personal Prosperity Bank 8633 | |
| UST-32 | Rule 2004 Exhibit 33 - UST-33 PWB Prosperity 1556 | |
| UST-33 | Rule 2004 Exhibit 64 - PWB Lend #0564 May 2020 | |
| UST-34 | Rule 2004 Exhibit 84 - WHRH ESCROW #1831 May 2020 | |
| UST-35 | Rule 2004 Exhibit 87 - Adams Law Email to Megan 03-15-2021 | |
| UST-36 | 2019 Varga Individual Tax Return | |
| UST-37 | 2018 Varga Individual Tax Return | |
| UST-38 | 2019 Partners W/ Benefits, LLC Tax Return | |
| UST-39 | Certificate of Formation for Sparkit! Sales & Marketing, LLC | |
| UST-40 | PWB, LLC Balance Sheet | |
| UST-41 | Varga Unemployment Benefits | |
| UST-42 | Varga Personal Prosperity Bank 5014 | |
| UST-43 | PWB LLC Pay #1505 May 2020 | |
| UST-44 | PWB PG #1874 May 2020 | |
| UST-45 | PWB PG #1832 May 2020 | |
| UST-46 | PWB PG #1832 June 2020 | |
| UST-47 | PWB PG #1832 July 2020 | |
| UST-48 | PWB Lend #0564 June 2020 | |
| UST-49 | PWB Lend #0564 July 2020 | |
| UST-50 | PWB Lend #0564 August 2020 | |
| UST-51 | WELCOME HM #1661 May 2020 | |

| UST Trial Exhibit | Description | Admitted |
|---|---|---|
| UST-52 | WELCOME HM #1661 June 2020 | |
| UST-53 | WELCOME HM #1661 July 2020 | |
| UST-54 | WHRH ESCROW #1831 June 2020 | |
| UST-55 | WHRH ESCROW #1831 July 2020 | |
| | Any impeachment or rebuttal exhibits or any exhibits designated by any other party. | |
| | Any additional pleadings, reports, or other documents filed in the above-referenced bankruptcy cases. | |

The United States Trustee reserves the right to amend or supplement this witness and exhibit list at any time before the hearing.

DATED:    January 25, 2023

Respectfully submitted,

WILLIAM T. NEARY
UNITED STATES TRUSTEE

*/s/ Erin Marie Schmidt*
Erin Marie Schmidt
Texas State Bar No. 24033042
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas 75242
(214) 767-1075
Erin.Schmidt2@usdoj.gov

**CERTIFICATE OF SERVICE**

    I certify that on January 25, 2023, I served a copy of this document with exhibits UST-12 and UST-23 through UST-55 via email to Defendant's counsel Clay Taylor at clayton@norredlaw.com.

                      */s/ Erin Marie Schmidt*
                      Erin Marie Schmidt